1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LONBERG,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF RIVERSIDE,<br><br>      Defendant. | CASE NO.:  EDCV 97-0237 RGK (AJWx)<br><br>Judge:  Hon. R. Gary Klausner<br><br>**PARTIAL JUDGMENT RE PHASE III OF TRIAL** |

Phase III of this action was tried by the Court without a jury and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

The Court grants judgment in favor of Defendant as to Phase III. Plaintiff is not entitled to any injunctive relief under Title II of the Americans with Disabilities Act, and Plaintiff is not entitled to any statutory damages under the Disabled Persons Act. Plaintiff shall recover nothing, the action is dismissed on the merits.

DATED: April 25, 2011

_____
Hon. R. Gary Klausner
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served **[PROPOSED] JUDGMENT RE PHASE III OF TRIAL** with the Clerk of the United States District Court for the Central District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Terry J. Kilpatrick<br>Ernst & Mattison<br>1020 Palm Street<br>San Luis Obispo, CA. 93401<br>Tel/Fax: 805-541-0300<br>*Attorneys for Plaintiffs* | Page Wellcome<br>321 Stafford Avenue<br>Cardiff-by-the-Sea, CA 92007<br>Tel/Fax: 760-944-9767<br>*Attorneys for Plaintiffs* |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.
I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2011, at Irvine, California.

/s/ Gregory F. Hurley
Gregory F. Hurley